PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court
for the
District of Alaska

**RECEIVED**

NOV 2 8 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

v.                               Case No.    A03-0125 CR (JWS)

Benjaman Charles Cottle

It appearing that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on November 23, 2007. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

**REDACTED SIGNATURE**     11/23/07

Eric D. Odegard                      Date
Supervising U.S. Probation/Pretrial
Services Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this  27th  day of  November , 2007.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge